# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| In re: | Case No. 14 B 20601 |
|---|---|
| Jesse Rodriguez, Sr.<br>Virginia Marie Rodriguez<br>Debtor(s) | |

## CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

Marilyn O. Marshall, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 05/31/2014.

2) The plan was confirmed on 10/01/2014.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on 05/20/2015, 04/13/2016, 07/24/2017.

4) The trustee filed action to remedy default by the debtor in performance under the plan on 04/17/2018.

5) The case was Completed on 09/10/2018.

6) Number of months from filing to last payment: 51.

7) Number of months case was pending: 55.

8) Total value of assets abandoned by court order: NA .

9) Total value of assets exempted: NA .

10) Amount of unsecured claims discharged without payment: $35,553.00.

11) All checks distributed by the trustee relating to this case have cleared the bank.

**UST Form 101-13-FR-S (9/1/2009)**

**Receipts:**

| | |
|---|---|
| Total paid by or on behalf of the debtor | $51,176.00 |
| Less amount refunded to debtor | $1,957.78 |

**NET RECEIPTS:** $49,218.22

**Expenses of Administration:**

| | |
|---|---|
| Attorney's Fees Paid Through the Plan | $4,000.00 |
| Court Costs | $0.00 |
| Trustee Expenses & Compensation | $2,000.58 |
| Other | $0.00 |

**TOTAL EXPENSES OF ADMINISTRATION:** $6,000.58

Attorney fees paid and disclosed by debtor:   $0.00

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| 1ST FINL INVSTMNT FUND | Unsecured | 430.00 | NA | NA | 0.00 | 0.00 |
| Adelola O Ashaye MD | Unsecured | 18.00 | NA | NA | 0.00 | 0.00 |
| Albert J Song | Unsecured | 2.00 | NA | NA | 0.00 | 0.00 |
| Alexander T Kalk MD | Unsecured | 1,576.00 | NA | NA | 0.00 | 0.00 |
| AMC Mortgage Services | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Ameet H Parikh MD | Unsecured | 10.00 | NA | NA | 0.00 | 0.00 |
| American Collections | Unsecured | 139.00 | NA | NA | 0.00 | 0.00 |
| American Collections | Unsecured | 421.00 | NA | NA | 0.00 | 0.00 |
| Americredit Financial Ser Inc | Secured | 16,820.00 | 15,925.00 | 15,925.00 | 15,925.00 | 1,357.19 |
| Americredit Financial Ser Inc | Unsecured | NA | 904.40 | 904.40 | 904.40 | 0.00 |
| Andrew C Wilbur MD | Unsecured | 6.00 | NA | NA | 0.00 | 0.00 |
| Arthur W Fox MD | Unsecured | 167.00 | NA | NA | 0.00 | 0.00 |
| ATG Credit LLC | Unsecured | 350.00 | NA | NA | 0.00 | 0.00 |
| Athletico Ltd | Unsecured | 9.00 | NA | NA | 0.00 | 0.00 |
| Benjamin D Krumstok MD | Unsecured | 18.00 | NA | NA | 0.00 | 0.00 |
| Bruce T Kline MD | Unsecured | 108.00 | NA | NA | 0.00 | 0.00 |
| Camilleri Medical Center | Unsecured | 228.00 | NA | NA | 0.00 | 0.00 |
| Carecentrix Inc | Unsecured | 27.00 | NA | NA | 0.00 | 0.00 |
| CEPAmerica Illinois LLP | Unsecured | 24.00 | NA | NA | 0.00 | 0.00 |
| Chase | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Chicago Health Medical Group | Unsecured | 98.00 | NA | NA | 0.00 | 0.00 |
| Christopher D Bane | Unsecured | 2.00 | NA | NA | 0.00 | 0.00 |
| Cigna Health and Life Insurance Company | Unsecured | 1,068.00 | NA | NA | 0.00 | 0.00 |
| CMRE Financial SVCS IN | Unsecured | 751.00 | NA | NA | 0.00 | 0.00 |
| Comcast | Unsecured | 565.00 | NA | NA | 0.00 | 0.00 |
| David J Kracker MD | Unsecured | 28.00 | NA | NA | 0.00 | 0.00 |
| Erling Ho MD | Unsecured | 20.00 | NA | NA | 0.00 | 0.00 |
| Frederick G Behm MD | Unsecured | 10.00 | NA | NA | 0.00 | 0.00 |
| Genesis Clinical Labortory | Unsecured | 25.00 | NA | NA | 0.00 | 0.00 |
| Gholamali Afshang MD | Unsecured | 3.00 | NA | NA | 0.00 | 0.00 |
| Gretchen A Boules PHD | Unsecured | 79.00 | NA | NA | 0.00 | 0.00 |

**UST Form 101-13-FR-S (9/1/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---:|---:|---:|---:|---:|
| Heart Care Centers of IL. SC | Unsecured | 21.00 | NA | NA | 0.00 | 0.00 |
| Hina Nawab MD | Unsecured | 1,058.00 | NA | NA | 0.00 | 0.00 |
| Illinois Collection Service | Unsecured | 107.00 | NA | NA | 0.00 | 0.00 |
| Illinois Collection Service | Unsecured | 17.00 | NA | NA | 0.00 | 0.00 |
| Jefferson Capital Systems LLC | Unsecured | 906.00 | 1,186.69 | 1,186.69 | 1,186.69 | 0.00 |
| Jennifer Cunningham MD | Unsecured | 159.00 | NA | NA | 0.00 | 0.00 |
| Loyola Univ. Med. Center | Unsecured | 25.00 | NA | NA | 0.00 | 0.00 |
| M3 Financial Services | Unsecured | 74.00 | NA | NA | 0.00 | 0.00 |
| MacNeal Physicians Group LLC | Unsecured | 10.00 | NA | NA | 0.00 | 0.00 |
| Mark Camilleri DPM | Unsecured | 166.00 | NA | NA | 0.00 | 0.00 |
| Mark Hroncich MD | Unsecured | 39.00 | NA | NA | 0.00 | 0.00 |
| Mark S Choh MD | Unsecured | 13.00 | NA | NA | 0.00 | 0.00 |
| MBB | Unsecured | 72.00 | NA | NA | 0.00 | 0.00 |
| Merchants Credit Guide | Unsecured | 2,293.00 | NA | NA | 0.00 | 0.00 |
| Nicor Gas | Unsecured | 4,225.00 | 3,430.99 | 3,430.99 | 3,430.99 | 0.00 |
| Paul J Jagielo MD | Unsecured | 111.00 | NA | NA | 0.00 | 0.00 |
| Portfolio Recovery Associates | Secured | 18,229.00 | 18,295.55 | 18,229.00 | 18,229.00 | 1,555.68 |
| Portfolio Recovery Associates | Unsecured | NA | 66.55 | 66.55 | 66.55 | 0.00 |
| Quantum3 Group | Unsecured | NA | 392.93 | 392.93 | 392.93 | 0.00 |
| Quantum3 Group | Unsecured | NA | 124.90 | 124.90 | 124.90 | 0.00 |
| Quantum3 Group | Unsecured | 0.00 | 44.31 | 44.31 | 44.31 | 0.00 |
| Ramzi A Zureikat M.D. | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| RBS Citizens, NA | Unsecured | 495.00 | NA | NA | 0.00 | 0.00 |
| Richard G Harris | Unsecured | 65.00 | NA | NA | 0.00 | 0.00 |
| Robert P De Cresce MD | Unsecured | 21.00 | NA | NA | 0.00 | 0.00 |
| Ronald S Weiss MD | Unsecured | 19.00 | NA | NA | 0.00 | 0.00 |
| Rush Oak Park Hospital | Unsecured | 741.00 | NA | NA | 0.00 | 0.00 |
| State Collection Service | Unsecured | 153.00 | NA | NA | 0.00 | 0.00 |
| Stephen M.Smith, M.D. | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Suburban Pulminary & Sleep Assoc | Unsecured | 179.00 | NA | NA | 0.00 | 0.00 |
| Superior Accounting & Tax Service | Unsecured | 377.00 | NA | NA | 0.00 | 0.00 |
| Tiesenga Surgical Assoc | Unsecured | 75.00 | NA | NA | 0.00 | 0.00 |
| Timothy McGonagle | Unsecured | 50.00 | NA | NA | 0.00 | 0.00 |
| United States Dept Of Education | Unsecured | 6,644.00 | 6,605.61 | 6,605.61 | 0.00 | 0.00 |
| University of IL Hospital | Unsecured | 52.00 | NA | NA | 0.00 | 0.00 |
| Village of North Riverside | Unsecured | 1,725.00 | NA | NA | 0.00 | 0.00 |
| Wayne H Nagamine MD | Unsecured | 15.00 | NA | NA | 0.00 | 0.00 |
| Westlake Hospital | Unsecured | 20,954.00 | NA | NA | 0.00 | 0.00 |
| Yuriy Serembytsky, CSA | Unsecured | 285.00 | NA | NA | 0.00 | 0.00 |

**UST Form 101-13-FR-S (9/1/2009)**

| Summary of Disbursements to Creditors: | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $0.00 | $0.00 | $0.00 |
| Mortgage Arrearage | $0.00 | $0.00 | $0.00 |
| Debt Secured by Vehicle | $34,154.00 | $34,154.00 | $2,912.87 |
| All Other Secured | $0.00 | $0.00 | $0.00 |
| **TOTAL SECURED:** | **$34,154.00** | **$34,154.00** | **$2,912.87** |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | $0.00 | $0.00 | $0.00 |
| Domestic Support Ongoing | $0.00 | $0.00 | $0.00 |
| All Other Priority | $0.00 | $0.00 | $0.00 |
| **TOTAL PRIORITY:** | **$0.00** | **$0.00** | **$0.00** |
| **GENERAL UNSECURED PAYMENTS:** | **$12,756.38** | **$6,150.77** | **$0.00** |

**Disbursements:**

| | |
|---|---|
| Expenses of Administration | $6,000.58 |
| Disbursements to Creditors | $43,217.64 |
| **TOTAL DISBURSEMENTS:** | **$49,218.22** |

12) The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been fully administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed. The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Dated: 12/31/2018         By: /s/ Marilyn O. Marshall
                                       Trustee

**STATEMENT**: This Unified Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-13-FR-S (9/1/2009)**